UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA :

-against- :

MALIK S. WILLIAMS,

Defendant. :

------------------------------------------------------------X

21 Cr. 699 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Probation Department filed a Violation of Supervised Release Report and Petition dated July 13, 2022, alleging five instances when Defendant Malik S. Williams violated the conditions of his supervised release. It is hereby

**ORDERED** the parties shall confer and file a joint status letter on **Wednesday July 8, 2026,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: July 6, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**