**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10007*

July 8, 2026

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. The parties shall file a joint status letter on **July 23, 2026.** The Clerk of the Court is directed to terminate the letter motion at docket number 8.

Dated: July 9, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: *United States v. Malik Williams*, 21 Cr. 699 (LGS)**

Dear Judge Schofield:

The parties respectfully write to update the Court on the above-captioned violation of supervised release case, pursuant to the Court's July 6, 2026 order. (Dkt. 7). The parties are in ongoing discussions regarding a potential resolution of this matter but have not yet reached a proposed disposition. The parties therefore respectfully request an additional two weeks to inform the Court as to the status of the defendant's compliance with the terms of his supervised release and the parties' positions with respect to the pending specifications.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ______________________
Madison Reddick Smyser
Assistant United States Attorney
Southern District of New York
(212) 637-2381

cc: Benjamin Silverman, Esq. (via ECF)
Probation (via email)