UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MALIK S. WILLIAMS,

Defendant.

------------------------------------------------------------X

21 Cr. 699 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Malik S. Williams' sentencing hearing will be held on **January 12, 2027**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed on or before **December 18, 2026**. The Government's pre-sentencing submission, if any, shall be filed by **December 22, 2026.**

Dated: October 29, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**